UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRIS MESTER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ADVECEDA,<br><br>　　　　　Defendant. | No.  2:25-cv-2145 CKD P<br><br><br><br>ORDER |

　　　Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.  However, plaintiff has not paid the $405 filing fee.  Good cause appearing, plaintiff will be granted 30 days within which to pay the filing fee.

　　　The court notes that plaintiff is precluded from proceeding in forma pauperis.  On November 21, 2019, in Mester v. Malakkla, 2:17-cv-1781 JAM AC P, it was determined that plaintiff has "struck out" under 28 U.S.C. § 1915(g).  Therefore, he cannot proceed in forma pauperis unless he alleges that he is under imminent danger of serious physical injury.   He does not so allege.

/////

/////

/////

/////

1

1  Accordingly, IT IS HEREBY ORDERED that plaintiff pay the $405 filing fee for this
2  action within 30 days.  Failure to comply with this order will result in a recommendation that this
3  action be dismissed

Dated:  August 4, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/hh
mest2145.3k